**Fill in this information to identify the case:**

Debtor 1    Richard L. Marioth, Jr. & Carrie R. Marioth

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Ohio

Case number   1657330

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): 2

**Date of payment change:**
Must be at least 21 days after date of this notice   11/01/2020

**New total payment:**
Principal, interest, and escrow, if any   $1266.33

**Last 4 digits** of any number you use to identify the debtor's account:   1   6   3   8

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 393.19     New escrow payment: $ 515.01

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change: 

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Case 2:  Richard L. Haselman & Carrie E. Maseth
First Name            Middle Name                                    Last Name                          Case number (if known) _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Jonetta Arene Graves _____          Date  09/10/2020 _____
    Signature

Print: Graves, Jonetta Arene _____          VP of Loan Documentation _____
    First Name            Middle Name                    Last Name                          Title

Company  Wells Fargo Bank, N.A. _____

Address   MAC N9286-01Y _____
    Number              Street
    1000 Blue Gentian Road _____
    Address 2
    Eagan                                    MN      55121-7700
    City                                    State      ZIP Code

Contact phone  800-274-7025 _____          NoticeOfPaymentChangeInquiries@wellsfargo.com _____
                                    Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

Chapter   13  No.  1657330
Judge:  C. Kathryn Preston

In re:

Richard L. Marioth, Jr. & Carrie R. Marioth

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before September 11, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Richard L. Marioth, Jr. & Carrie R. Marioth
5371 Victoria St.

Groveport OH 43125

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address

W Mark Jump

2130 Arlington Avenue

Columbus OH 43221

By Court's CM/ECF system registered email address

N/A

Trustee:

By Court's CM/ECF system registered email address

Interim Faye English

130 East Wilson Bridge Road Suite 200

Worthington OH 43085

/s/Jonetta Arene Graves

VP of Loan Documentation

Wells Fargo Bank, N.A.

**WELLS FARGO** | **HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

RICHARD L MARIOTH JR
CARRIE R MARIOTH
5371 VICTORIA STREET
GROVEPORT OH 43125

**What you need to know about your escrow account**
You may still be recovering from the impact of COVID-19. We understand that you've been focused on what matters most — your health and the health and safety of the people you care for — so we're providing some information about your escrow account.

You may still be on payment suspension. Your payment may change during this time because of this escrow analysis. Rest assured that at the end of your payment suspension, we will work with you on next steps, including ways to pay an escrow shortage.

**We'll continue to analyze your account**
Throughout this payment suspension period, we'll continue to analyze your account and pay your tax bills, insurance bills, or both. The enclosed statement provides a complete summary of your most recent escrow activity and explains any changes that have occurred with your escrow bills as we look to the upcoming year.

**We're here to help**
We know that this has been a difficult time. If you have questions, please call us at the number listed on the enclosed escrow review statement.



**WELLS FARGO HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**

*For informational purposes only*

**Statement Date:** August 21, 2020
**Loan number:** ███████
**Property address:**
5371  VICTORIA STREET
GROVEPORT OH 43125-9061

RICHARD L MARIOTH JR
CARRIE R MARIOTH
5371 VICTORIA STREET
GROVEPORT OH 43125

## Customer Service

**Online**
wellsfargo.com

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**To learn more, go to:**
wellsfargo.com/escrow

**Telephone**
1-800-340-0473

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **November 1, 2020** payment, the contractual portion of the escrow payment **increases**.

> The escrow account has a shortage of
> **$2,234.28**

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through 10/01/2020 payment date | New payment beginning with the 11/01/2020 payment |
|---|---|---|
| Principal and/or interest | $751.32 | $751.32 |
| Escrow payment | $393.19 | $701.20 |
| Total payment amount | $1,144.51 | $1,452.52 |

**Option 1: No action required**

Starting **November 1, 2020** the new contractual payment amount will be **$1,452.52**

### Option 2 — Pay the shortage amount of $2,234.28

| | Previous payment through 10/01/2020 payment date | New payment beginning with the 11/01/2020 payment |
|---|---|---|
| Principal and/or interest | $751.32 | $751.32 |
| Escrow payment | $393.19 | $515.01 |
| Total payment amount | $1,144.51 | $1,266.33 |

**Option 2: Pay shortage in full**

Starting **November 1, 2020** the new contractual payment amount will be **$1,266.33**

See Page 2 for additional details.



RICHARD L MARIOTH JR
CARRIE R MARIOTH

Wells Fargo Home Mortgage
PO Box 10394
Des Moines, IA 50306-0394

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $2,234.28 to the address that appears on this coupon.

This payment must be received no later than **November 1, 2020**.

708 ██████ 3 10 02 00119321 00126633 00342749 00223428 2

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $2,818.00. For the coming year, we expect the amount paid from escrow to be $6,180.20.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 07/18 - 06/19 (Actual) | 08/19 - 07/20 (Actual) | 07/20 - 08/20 (Actual) | 11/20 - 10/21 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $3,380.72 | $3,362.20 | $0.00 | $3,362.20 | ÷ | 12 | = | $280.18 |
| **Property insurance** | $1,297.00 | $2,818.00 | $2,818.00 | $2,818.00 | ÷ | 12 | = | $234.83 |
| **Total taxes and insurance** | $4,677.72 | $6,180.20 | $2,818.00 | $6,180.20 | ÷ | 12 | = | $515.01 |
| **Escrow shortage** | $64.86 | $0.00 | $19.10 | $2,234.28 | ÷ | 12 | = | $186.19** |
| **Mortgage insurance** | $636.32 | $566.92 | $0.00 | $0.00 | ÷ | 12 | = | $0.00 |
| **Total escrow** | $5,378.90 | $6,747.12 | $2,837.10 | $8,414.48 | ÷ | 12 | = | $701.20 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | | |
|---|---|---|---|
| Lowest projected escrow balance  June, 2021 | | -$3,358.49 | (Calculated in Part 3 - Escrow account projections table) |
| Bankruptcy adjustment† | + | $2,154.23 | |
| Minimum balance for the escrow account† | - | $1,030.02 | (Calculated as: $515.01 X 2 months) |
| **Escrow shortage** | = | -$2,234.28 | |

†This adjustment of $2,154.23, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

### Important messages

**Act now - purchase your own insurance policy**
Our records show that the insurance policy was obtained by Wells Fargo. Please understand that this policy only covers the structure and/or improvements, but does not cover liability or any personal property. For this reason, consider purchasing a policy of your choosing - it may lower the costs and give options for more coverage. If you sent us proof of a purchased policy, please disregard this message. If you have questions or are having trouble paying for the insurance policy, call us at the number on the first page of this statement.

## Part 3 - Escrow account projections

**Escrow account projections from November, 2020 to October, 2021**

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|------|-----|-----|----|-----|-----|
| Oct 2020 | | | Starting balance | -$1,298.37 | $3,090.14 |
| Nov 2020 | $515.01 | $0.00 | | -$783.36 | $3,605.15 |
| Dec 2020 | $515.01 | $0.00 | | -$268.35 | $4,120.16 |
| Jan 2021 | $515.01 | $1,681.10 | FRANKLIN COUNTY (W)(5) | -$1,434.44 | $2,954.07 |
| Feb 2021 | $515.01 | $0.00 | | -$919.43 | $3,469.08 |
| Mar 2021 | $515.01 | $0.00 | | -$404.42 | $3,984.09 |
| Apr 2021 | $515.01 | $0.00 | | $110.59 | $4,499.10 |
| May 2021 | $515.01 | $2,818.00 | AMERICAN SECURITY GROUP | -$2,192.40 | $2,196.11 |
| Jun 2021 | $515.01 | $1,681.10 | FRANKLIN COUNTY (W)(5) | **-$3,358.49** | **$1,030.02** |
| Jul 2021 | $515.01 | $0.00 | | -$2,843.48 | $1,545.03 |
| Aug 2021 | $515.01 | $0.00 | | -$2,328.47 | $2,060.04 |
| Sep 2021 | $515.01 | $0.00 | | -$1,813.46 | $2,575.05 |
| Oct 2021 | $515.01 | $0.00 | | -$1,298.45 | $3,090.06 |
| Totals | $6,180.12 | $6,180.20 | | | |

## Part 4 - Escrow account history

**Escrow account activity from July, 2020 to October, 2020**

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|------|--------|-----------|------------|--------|-----------|------------|-------------|--------|-----------|------------|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jul 2020 | | | | | | | Starting Balance | -$936.91 | $783.20 | -$1,720.11 |
| Jul 2020 | $0.00 | $442.19 | -$442.19 | $0.00 | $50.59 | -$50.59 | FHA Insurance | -$936.91 | $1,174.80 | -$2,111.71 |
| Jul 2020 | $0.00 | $0.00 | $0.00 | $2,818.00 | $0.00 | $2,818.00 | AMERICAN SECURITY GROUP | -$3,754.91 | $1,174.80 | -$4,929.71 |
| Aug 2020 (estimate) | $1,670.16 | $442.19 | $1,227.97 | $0.00 | $50.59 | -$50.59 | FHA Insurance | -$2,084.75 | $1,566.40 | -$3,651.15 |
| Sep 2020 (estimate) | $393.19 | $442.19 | -$49.00 | $0.00 | $50.59 | -$50.59 | FHA Insurance | -$1,691.56 | $1,958.00 | -$3,649.56 |
| Oct 2020 (estimate) | $393.19 | $442.19 | -$49.00 | $0.00 | $50.59 | -$50.59 | FHA Insurance | -$1,298.37 | $2,349.60 | -$3,647.97 |
| Totals | $2,456.54 | $1,768.76 | $687.78 | $2,818.00 | $202.36 | $2,615.64 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  9/19